UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAY 04 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 05-204M |
| v. | |
| WALTER J. LANDER | DETENTION ORDER |
| Defendant. | |

Offense charged in the Eastern District of Washington:

<u>CR05-057-FVS</u> Count I: FELON IN POSSESSION OF A FIREARM- Title 18, U.S.C., Section 922(g)(1) and 924

<u>CR05-0069-JLQ</u> Count II and III: CONSPIRACY TO COMMIT BANK FRAUD- Title 18, U.S.C., Section 1344 and 2

Count IV: BANK FRAUD- Title 18, U.S.C., Section 1344 and 2

Count V: MAIL THEFT- Title 18, U.S.C., Section 1708 and 2

Count VII: INTERSTATE TRANSPORTATION OF STOLEN PROPERTY- Title 18, U.S.C., Section 2314 and 2

Date of Detention Hearing: May 3, 2005.

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

The indictments were returned on February 28, 2005 and April 5, 2005. The government argues that the case involves a series of mail fraud and bank fraud in 2002, 2003 and in 2004 moving stolen property interstate. The defendant also admits to daily use of methamphetamine. His family members and girlfriend are also implicated in the mail and bank fraud. Thus, the government

DETENTION ORDER
PAGE -1-

05-CR-00204-ORD

opposes release.

Defense argues that the defendant has no criminal history pertaining to crimes of violence, rather his criminal history mainly consists of traffic offenses. Furthermore, his relationship with his putative spouse and two children is a close one, thereby mitigating any risk of flight. Defendant also turned himself into the custody of U.S. Marshals, thus he poses no risk of flight.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Primarily, the defendant's criminal history suggests an ongoing criminal activity since 1989 in both Eastern and Western districts of Washington. This activity persists despite two lengthy incarcerations on state felonies. Moreover, he has no stable employment.

(2) His putative spouse is also implicated in the April 5th indictment as protecting him from capture or detection by law enforcement and he appears to have no stable residence apart from her.

Thus, defendant will be detained as posing a risk of flight and danger to the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of May, 2005.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-